HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOHN GREGORY FRENCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:13-mj-00106 MJS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION FOR DEFENDANT TO APPEAR TELEPHONICALLY; ORDER THEREON** |
| vs. | ) | |
| JOHN GREGORY FRENCH, | ) | Date:  March 11, 2014 |
| Defendant. | ) | Time:  10:00 a.m. |
|  | ) | Judge:  Hon. Michael J. Seng |

The parties hereto, through their respective attorneys of record, stipulate and thereby jointly move this Court to permit the defendant, John Gregory French, to waive his right to be personally present at his change of plea and sentencing hearing at the above-mentioned date, and instead appear telephonically.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2). Mr. French agrees that his interests shall be represented at all times by the presence of his attorney of record, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present.

///

///

///

///

1

2    Mr. French has agreed to enter a guilty plea to one count of violating 36 C.F.R.

3 §2.32(a)(2), which assimilates California Penal Code § 25400(a)(1).  The government will move

4 to dismiss Counts One and Three of the Criminal Complaint at the time of sentencing.  The

5 parties expect to make a joint sentencing recommendation for no fine, if Mr. French forfeits his

6 interest in the firearm seized by park rangers, and 12 months of unsupervised probation with a

7 condition that Mr. French obey all laws and report any new law violations to the Court.  Mr.

8 French resides in Colorado and it would be pose a financial hardship to fly to California to

9 appear in person.

                                                     Respectfully submitted,

                                                     BENJAMIN J. WAGNER
                                                   United States Attorney

Dated:  March 7, 2014                */s/ Matthew McNease*
                                                   MATTHEW MC NEASE
                                                   Acting Legal Officer
                                                   National Park Service
                                                   Yosemite National Park


                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

Dated:  March 7, 2014                */s/  Jerome Price*
                                                   JEROME PRICE
                                                   Assistant Federal Defender
                                                   Attorneys for Defendant
                                                   JOHN GREGORY FRENCH

**O R D E R**

    Good cause appearing, the stipulation is accepted and adopted as the Order of the Court.  IT IS SO ORDERED.

Dated:  **March 10, 2014**                       /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE